IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN W. WILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 07-CV-00542-JPG-CJP |
| ) | |
| HONORABLE STEVE CRONIC, HALL ) | |
| COUNTY SHERIFF; LIEUTENANT ) | |
| RICKY FAGGE; and MID-FLORIDA ) | |
| SECURITY GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Steven W. Wiley's motion to dismiss Mid-Florida Security Group, Inc. from this case without prejudice (Doc. 31), which the Court construes as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Rule 41(a)(1)(A)(i) allows dismissal of an action by a plaintiff without a court order at any time before service by an adverse party of an answer or of a motion for summary judgment, whichever first occurs. Mid-Florida Security Group, Inc. has not filed an answer or motion for summary judgment in this case. Because the plaintiff has an absolute right to dismiss Mid-Florida Security Group, Inc. at the present time, the Court finds that Mid-Florida Security Group, Inc. is **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly. The Court's June 12, 2008 order to show cause (Doc. 30) is **DISCHARGED**.

**IT IS SO ORDERED.**
**DATE: June 17, 2008**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**