IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN W. WILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 07-CV-00542-JPG-CJP |
| ) | |
| HONORABLE STEVE CRONIC, HALL ) | |
| COUNTY SHERIFF; LIEUTENANT ) | |
| RICKY FAGGE; and MID-FLORIDA ) | |
| SECURITY GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

## **JUDGMENT**

This matter having come before the Court, some issues having been heard and decided by the Court and the plaintiff having dismissed others pursuant to a notice of dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:  June 17, 2008**                                                           **NORBERT JAWORSKI, CLERK**

                                                                                                      **s/Brenda K. Lowe, Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**